**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Quatwan Moore, 20200221110,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 24-cv-1507** |
| | ) | |
| **Sergeant Reyes, c/o Torres, c/o Reyes** | ) | **Judge Andrea R. Wood** |
| **John Doe 1 and John Doe 2,** | ) | **Magistrate Judge Jeffrey T. Gilbert** |
| | ) | |
| **Defendants.** | ) | |

# JOINT STATUS REPORT

Plaintiff Quatwan Moore, and Defendants, Sergeant Enrique Reyes, Officer Keith Reyes, and Officer John Torres, through their respective counsel, and pursuant to this Honorable Court's December 1, 2025 (Dkt. 44) Minute Entry submits the following joint status report:

## I. Status of Discovery

Since the filing of the last status report, additional written discovery has been exchanged and Defendants have until two weeks to respond to Plaintiffs' written discovery request. Parties have also in the process of scheduling depositions, with tentative dates and times as follows:

| | |
|---|---|
| Plaintiff | February 18, 2026 at 10 AM |
| Defendant Reyes | February 20, 2026 at 10 AM |
| Defendant Torres | March 11, 2026 at 10 AM |
| Defendant Reyes | March 13, 2026 at 10 AM |

Parties further intend to issue Rule 45 Subpoenas for the following non-party witnesses:

| | |
|---|---|
| Lt. Dunn | Date and Time TBD |
| Mina Tawadros, MD | Date and Time TBD |

## II. Status of Settlement

With respect to settlement, the parties believe that more discovery is required before the case would be ripe to consider settlement. The parties do not believe a further telephonic status hearing is necessary at this time.

By: /s/ *Robert R. Tepper*
Robert R. Tepper
Attorney for Plaintiff
Dressler Peters, LLC
101 W. Grand Ave., Suite 404
Chicago, IL 60654
(312) 602-7360
rtepper@dresslerpeters.com

/s/ *Ashlee Doss*
Ashlee B. Doss
Attorney for Defendants
Cook County State's Attorney's Office
500 Richard J Daley Center
Chicago, IL 60602
312-603-3115
Ashlee.doss@cookcountysao.org

**CERTIFICATE OF SERVICE**

I, Ashlee Doss, hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois Eastern Division by using the CM/ECF system on January 26, 2026.

/s/ *Ashlee Doss*
Ashlee Doss