**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| QUA'TWAN MOORE<br><br>Plaintiff,<br><br>vs.<br><br>REYES, ET AL.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:24−cv−01507<br><br>Honorable Karyn L. Bass Ehler |

**JOINT STATUS REPORT**

Plaintiff Qua'twan Moore and Defendants Sergeant Enrique Reyes, Officer Keith Reyes, and Officer John Torres, by and through their respective undersigned counsel, hereby jointly submit this Joint Status Report as ordered by the Court in its June 8, 2026, docket entry (Dkt. 62).

**I. Status of Discovery**

Since the filing of the last status report, Plaintiff's counsel has sent Plaintiff the authorization forms required to subpoena health records from third-party medical institutions. Plaintiff's counsel is still awaiting the executed forms from the client before serving third-party subpoenas. This is the only outstanding third-party discovery remaining on behalf of the Plaintiff. On June 12, 2026, Defendants produced documents responsive to Plaintiff's Second and Third Sets of Interrogatories and Requests for Production. On June 15, 2026, Plaintiff sent Defendants a deficiency letter identifying issues with that production. On July 9, 2026, and July 16, 2026, the parties met and conferred regarding the deficiency letter and reached an agreement as to what would be produced. Defendants expect to deliver this production by September 25, 2026.

Following receipt of the documents from the third parties and Defendants, Plaintiff will be in a position to begin scheduling depositions.

## II. Status of Settlement

Plaintiff delivered a settlement demand to Defendants on July 20, 2026. Defendants rejected the demand on July 27, 2026. Defendants state that, at Plaintiff's current demand amount, oral discovery will be required. Both parties are nonetheless willing to revisit settlement negotiations upon the completion of oral discovery.

Dated: July 31, 2026

Respectfully submitted,

By: /s/ *Genevieve Carter*
Genevieve Carter
John Gallo
GAIR GALLO EBERHARD LLP
1 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 600-4900
gcarter@gairgallo.com
jgallo@gairgallo.com
*Attorneys for Plaintiff*

/s/ *Ashlee Doss*
Ashlee B. Doss
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-3115
ashlee.doss@cookcountysao.org
*Attorney for Defendants*