**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| QUA'TWAN MOORE<br><br>Plaintiff,<br><br>vs.<br><br>REYES, ET AL.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:24−cv−01507<br><br>Honorable Karyn L Bass Ehler |

# JOINT STATUS REPORT

Plaintiff Qua'twan Moore and Defendants Sergeant Enrique Reyes, Officer Keith Reyes, and Officer John Torres, through their undersigned counsel, hereby jointly submit this status report as ordered by the Court in its August 3, 2026, docket entry (Dkt. 64).

## I. Status of Written Discovery

Since the filing of the last status report, Plaintiff's counsel executed subpoenas for Plaintiff's medical records from third-party medical institutions. All documents have been produced pursuant to these subpoenas. Regarding Defendants' production, Parties have met and conferred pursuant to Local Rule 37.2 on multiple occasions, with the most recent meet and confer occurring on September 1, 2026. Defendants' are on track to completing answers to Plaintiff's interrogatory and document production requests on or before September 25, 2026. Defendants will file an updated status report, if circumstances change.

## II. Status of Oral Discovery

Parties are unable to move forward in scheduling oral discovery until Defendants' production is complete. Upon Defendants' final production of documents, Parties believe they will be able to move forward with scheduling depositions.

**III. Status of Settlement**

Parties maintain settlement is a realistic possibility. However, Defendants believe that settlement discussions should be revisited upon completion of oral discovery.

Dated: September 1, 2026

Respectfully submitted,

By: */s/ Genevieve Carter*
John Gallo
Genevieve Carter
GAIR GALLO EBERHARD LLP
1 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 600-4900
jgallo@gairgallo.com
gcarter@gairgallo.com
*Attorneys for Plaintiff*

*/s/ Ashlee Doss*
Ashlee B. Doss
Cook County State's Attorney's Office
500 Richard J Daley Center
Chicago, IL 60602
(312) 603-3115
Ashlee.doss@cookcountysao.org
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I, Ashlee Doss, hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois Eastern Division by using the CM/ECF system on September 1, 2026.

/s/ *Ashlee Doss*

Ashlee Doss